UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ANGELA BLOUNT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:15-cv-00876 |
| ) | Judge Aleta A. Trauger |
| UNITED OF OMAHA LIFE ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |

## ORDER

United of Omaha Life Insurance Company ("United of Omaha") has filed a Motion for Judgment on the Administrative Record (Docket No. 16), to which Angela Blount has filed a Response (Docket No. 20). Blount has also filed a Motion for Judgment on the Administrative Record (Docket No. 18), to which United of Omaha has filed a Response (Docket No. 21). For reasons discussed in the accompanying memorandum, United of Omaha's motion is **GRANTED** and Blount's motion is **DENIED**. This Order shall constitute the final judgment in this case pursuant to Federal Rule of Civil Procedure 58.

It is so **ORDERED**.

Enter this 8th day of August 2016.

_____
ALETA A. TRAUGER
United States District Judge