| | |
|---|---|
| ANGELA BLOUNT. ) | |
| ) | |
| ) | |
| ) | |
| ) | |
| ) | |
| v. ) | NO. 3:15-0876 |
| ) | JUDGE TRAUGER |
| ) | |
| ) | |
| UNITED OF OMAHA LIFE INSURANCE CO. ) | |

ENTRY OF JUDGMENT

      Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 8/8/16 as to the order entered on 8/8/16 at DE:23.

KEITH THROCKMORTON, CLERK
s/Alia D. Morgan, Deputy Clerk